No. D–1637. IN RE DISBARMENT OF NOXON. Disbarment entered. [For earlier order herein, see 516 U. S. 1090.]

No. 95–345. UNITED STATES v. URSERY. C. A. 6th Cir. [Certiorari granted, 516 U. S. 1070]; and

No. 95–346. UNITED STATES v. $405,089.23 IN UNITED STATES CURRENCY ET AL. C. A. 9th Cir. [Certiorari granted, 516 U. S. 1070.] Motion of respondents for divided argument and for additional time for oral argument granted. Twenty additional minutes are allotted for that purpose, and the time for oral argument is to be divided as follows: 40 minutes, the Solicitor General; 20 minutes, respondent Ursery; 20 minutes, respondents $405,089.23 et al.

No. 95–719. GASPERINI v. CENTER FOR HUMANITIES, INC. C. A. 2d Cir. [Certiorari granted, 516 U. S. 1086.] Motion of Association of Trial Lawyers of America for leave to file a brief as amicus curiae granted.

No. 95–1176. PALMER COMMUNICATIONS, INC., ET AL. v. TOTAL TV. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 95–7849. IN RE TRENTZ. Petition for writ of mandamus denied.

No. 95–813. BENNETT ET AL. v. PLENERT ET AL. C. A. 9th Cir. Certiorari granted.

No. 95–966. O'GILVIE ET AL., MINORS v. UNITED STATES; and
No. 95–977. O'GILVIE v. UNITED STATES. C. A. 10th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 66 F. 3d 1550.

No. 95–974. ARIZONANS FOR OFFICIAL ENGLISH ET AL. v. ARIZONA ET AL. C. A. 9th Cir. Motions of Equal Opportunity Foundation and U. S. English, Inc., for leave to file briefs as amici curiae granted. Certiorari granted. In addition to the questions presented by the petition, the parties are requested to brief and argue the following questions: "(1) Do petitioners have standing to maintain this action? (2) Is there a case or controversy with respect to respondent Yniguez?"